ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
NOV 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIAN EDWARDS,<br><br>    Petitioner,<br><br>    v.<br><br>F.B. HAWS, WARDEN, et al.,<br><br>    Respondents. | Case No. CV 08-07565 GAF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED: November 26, 2008

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC - 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY